UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 10/24/2023

| | |
|---|---|
| **KIZZY BROWN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 3:21-cv-133-RLY-CSW |
| | ) |
| **VUTEQ, USA, INC.,** | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Kizzy Brown, and Defendant, Vuteq, USA, Inc., hereby stipulate that the above-styled action be dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

/s/ *Lauren E. Berger*
Lauren E. Berger, #29826-19
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN 47708
Telephone: 812.424.1000
Facsimile: 812.424.1005
E-mail: lberger@bdlegal.com

Attorneys for Plaintiff, Kizzy Brown

/s/ *Michael W. Padgett (with permission)*
Michael W. Padgett
JACKSON LEWIS P.C.
211 N. Pennsylvania Street
Suite 1700
Indianapolis, IN 46204
Main: (317) 489-6930
Email: Michael.Padgett@jacksonlewis.com

Attorneys for Defendant, Vuteq, USA, Inc.

Dated: October 18, 2023